◼ In the Matter of JOSEPH L. COLP, a Suspended Attorney. [619 NYS2d 534] —Motion for reinstatement granted only to the extent of referring the matter to the Departmental Disciplinary Committee for the First Judicial Department for an evidentiary hearing, and directing that an examination be

held, all as indicated. No opinion. Concur—Carro, J. P., Rosenberger, Wallach, Asch and Rubin, JJ.